IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELMER PEREZ-RICARDO,**

        **Petitioner.,**

**v.**                              **Case No. 4:17cv410-MW/CAS**

**JEFF SESSIONS, et al.,**

        **Respondents.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondents' motion to dismiss, ECF No. 12, is **GRANTED** and the § 2241 petition is **DISMISSED** as moot since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on February 8, 2018.**

                                              **s/Mark E. Walker         \_\_\_\_**
                                              **United States District Judge**